UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>        Plaintiff,<br><br>    v.<br><br>FARE LOGISTICS CORPORATION OF BRITISH COLUMBIA, CANADA<br><br>        Defendant. | Case No. 12-cv-02080-AWI-BAM<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

Based on the Stipulation of the parties (Doc. 16), and for good cause shown, the Court grants Defendant's request for an extension of time to respond to Plaintiff's Complaint. Defendant shall answer or otherwise respond to Plaintiff's Complaint by February 13, 2013.

IT IS SO ORDERED.

    Dated:   **February 1, 2013**           /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1
ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING