Francine M. Kanne, Interim City Attorney
CITY OF FRESNO
Tamara Bogosian, Senior Deputy City Attorney (#201312)
  *Tamara.Bogosian@fresno.gov*
Talia Kolluri-Barbick, Deputy City Attorney (#249071)
  *Talia.Kolluri@fresno.gov*
2600 Fresno Street, Room 2031
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Plaintiff, City of Fresno

McCormick, Barstow, Sheppard,
Wayte & Carruth, LLP
Timothy L. Thompson, #133537
  *tim.thompson@mccormickbarstow.com*
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

HARRIS | WINICK LLP
Robert J. Harris
  *rharris@harriswinick.com*
Jeffrey H. Winick
  *jwinick@harriswinick.com*
Carrie L. Berger
  *cberger@harriswinick.com*
333 W. Wacker Dr., Ste. 2060
Chicago, Illinois  60606
Telephone: (312) 662-4600
Facsimile: (312) 662-4599

Attorneys for Defendant FARE LOGISTICS
CORPORATION OF BRITISH COLUMBIA, CANADA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>              Plaintiff,<br><br>       v.<br><br>FARE LOGISTICS CORPORATION OF BRITISH COLUMBIA, CANADA<br><br>              Defendant. | Case No. 12-cv-02080-AWI-BAM<br><br>**ORDER APPROVING STIPULATION TO FILE AMENDED COMPLAINT AND DISMISSING MOTION TO DISMISS AS MOOT AND VACATING HEARING** |

1

ORDER APPROVING STIPULATION TO FILE AMENDED COMPLAINT

NOW COMES Plaintiff, City of Fresno, by and through counsel Francine M. Kanne, Interim City Attorney, Tamara Bogosian, Senior Deputy City Attorney, Talia Kolluri-Barbick, Deputy City Attorney and Defendant, Fare Logistics Corporation of British Columbia, Canada, through Timothy Thompson, Robert Harris, Jeffrey Winick and Carrie Berger, who hereby stipulate as follows:

A.   Whereas, on December 26, 2012, Plaintiff, City of Fresno ("City") filed a Complaint against Defendant, Fare Logistics Corporation ("FLC");

B.   Whereas, on February 12, 2013, FLC filed a Motion to Dismiss Count III of the Complaint and Strike Portions of the Prayer for Relief Pursuant to F.R.C.P. 8(a), F.R.C.P. 12(b)(6) and F.R.C.P. 12(f), which is pending before the Court ("Motion to Dismiss");

C.   Whereas, on February 13, 2013, after having received the Motion to Dismiss, counsel for the City contacted counsel for FLC and requested that the parties stipulate that, in lieu of the City's filing of a Response to the Motion to Dismiss, the City be permitted leave to amend its Complaint; Whereas, the Parties stipulate as follows:

1. The CITY shall file an Amended Complaint by March 1, 2013;
2. FLC shall have twenty-eight (28) days thereafter, through and including March 29, 2013, to answer or otherwise respond to the Amended Complaint filed in this matter. It is further stipulated that Defendant FLC waives notice and service of the Amended Complaint;
3. Upon the City's filing of the Amended Complaint, FLC's Motion to Dismiss shall be deemed withdrawn and the March 18, 2013, hearing date currently scheduled on the Motion to Dismiss shall be stricken.

IT IS SO STIPULATED.

Dated: February 19, 2013            CITY OF FRESNO

                                              By: /s/ Tamara Bogosian
                                              Tamara Bogosian
                                              Attorney for Plaintiff


                                              By: /s/Timothy L. Thompson
                                              Timothy L. Thompson
                                              Attorney for Defendant


## **ORDER**

Pursuant to Stipulation between the parties, IT IS HEREBY ORDERED:

1) Plaintiff's request for leave to file the Amended Complaint is GRANTED (Doc. 22);

2) The First Amended Complaint filed as a separate docket entry (Doc. 21) is deemed filed as of March 1, 2013;

3) Defendant shall have through and including March 29, 2013, to answer or otherwise respond to the Amended Complaint filed in this matter and notice and service of the Amended Complaint is waived;

4) Defendant's Motion to Dismiss (Doc. 18) is deemed MOOT and the March 18, 2013 motion hearing shall be VACATED.

IT IS SO ORDERED.

Dated:   March 14, 2013           /s/ Barbara A. McAuliffe
                                       U.S. Magistrate Judge