UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY OF FRESNO,  )  | NEW CASE NO.  1:12-CV-02080 BAM |
|             Plaintiff         ) | ORDER ASSIGNING CASE |
|                                 ) | RE PRESIDING JUDGE |
|         vs                    ) | |
|                                 ) | Old Case No.  1:12-CV-02080 AWI BAM |
| FARE LOGISTICS CORPORATION  ) | |
| OF BRITISH COLUMBIA, CANADA, ) | |
|             Defendant      ) | |

   IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. McAULIFFE as Presiding Judge of the above-entitled action. Plaintiff filed their consent on April 10, 2013, and Defendant filed their consent on April 10, 2013, under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

ALL  FUTURE  PLEADINGS  SHALL  BE  NUMBERED  AS  FOLLOWS:

1:12-CV-02080 BAM

IT IS SO ORDERED.

Dated:     April 15, 2013

_____
SENIOR  DISTRICT  JUDGE