Francine M. Kanne, Interim City Attorney
CITY OF FRESNO
Tamara Bogosian, Senior Deputy City Attorney (#201312)
  *Tamara.Bogosian@fresno.gov*
Talia Kolluri-Barbick, Deputy City Attorney (#249071)
  *Talia.Kolluri@fresno.gov*
2600 Fresno Street, Room 2031
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Plaintiff, City of Fresno

McCormick, Barstow, Sheppard,
Wayte & Carruth, LLP
Timothy L. Thompson, #133537
  *tim.thompson@mccormickbarstow.com*
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

HARRIS | WINICK LLP
Robert J. Harris
  *rharris@harriswinick.com*
Jeffrey H. Winick
  *jwinick@harriswinick.com*
Carrie L. Berger
  *cberger@harriswinick.com*
333 W. Wacker Dr., Ste. 2060
Chicago, Illinois 60606
Telephone: (312) 662-4600
Facsimile: (312) 662-4599

Attorneys for Defendant FARE LOGISTICS
CORPORATION OF BRITISH COLUMBIA, CANADA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>       Plaintiff,<br><br>   v.<br><br>FARE LOGISTICS CORPORATION OF BRITISH COLUMBIA, CANADA<br><br>       Defendant. | Case No. 12-cv-02080-BAM<br><br>**ORDER APPROVING STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>Magistrate:    Barbara A. McAuliffe<br>Dept.:    8 |

1
ORDER APPROVING STIPULATION TO FILE SECOND AMENDED COMPLAINT

1   IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that Plaintiff CITY
2  OF FRESNO shall file a Second Amended Complaint by May 10, 2013 and that Defendant, Fare
3  Logistics Corporation of British Columbia, Canada, shall have twenty-one (21) days thereafter,
4  through and including May 31, 2013, to answer or otherwise respond to the Second Amended
5  Complaint filed in this matter and waives notice and service of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **May 9, 2013**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

ORDER APPROVING STIPULATION TO FILE SECOND AMENDED COMPLAINT