1
2
3
4
5
6
7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11    CITY OF FRESNO                          )   Case No.: 1: 12-cv-02080-BAM
                                              )
12                      Plaintiff,            )   **ORDER AFTER SETTLEMENT**
                                              )
13              v.                            )
                                              )
14    FARE LOGISTICS CORPORATION OF           )
                                              )
15    BRITISH COLUMBIA, CANADA                )
                                              )
16                      Defendant.            )

17    _____

18          The parties have filed a Notice of Settlement indicating that settlement has been reached.

19    (Doc. 48).  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than July

20    18, 2013, to file appropriate papers to dismiss or conclude this action in its entirety.

21          This Court VACATES all pending dates and matters.

22          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

23    parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

24    IT IS SO ORDERED.

25      Dated:   **June 27, 2013**            ___/s/ *Barbara A. McAuliffe*___

26                                            UNITED STATES MAGISTRATE JUDGE

27

28

                                              1