UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>    Plaintiff,<br><br>    v.<br><br>FARE LOGISTICS CORPORATION OF BRITISH COLUMBIA, CANADA<br><br>    Defendant. | Case No. 12-cv-02080-AWI-BAM<br><br>**ORDER TO ALLISON-McCLOSKEY ESCROW COMPANY TO RELEASE ESCROW FUNDS TO PLAINTIFF CITY OF FRESNO** |

IT IS HEREBY ORDERED, pursuant to the executed Settlement Agreement and Escrow Agreement[1] between the parties CITY OF FRESNO and FARE LOGISTICS CORPORATION that:

1. The Escrow Holder, ALLISON McCLOSKEY ESCROW COMPANY c/o Escrow Officer RITA LISTER ("Escrow Holder"), shall release the funds held in escrow under Escrow Account Number 131458A-RL in the amount of $350,000.00 (Three Hundred and Fifty Thousand Dollars) to Plaintiff CITY OF FRESNO via direct wire transfer;

2. The Escrow Holder shall release all interest earned on the funds held in Escrow Account Number 131458A-RL to Defendant FARE LOGISTICS CORPORATION via direct wire transfer;

---

[1] The executed Escrow Agreement between the parties is attached as Exhibit A to ECF No. 50.

3. The Parties shall provide the Escrow Holder their respective wire transfer instructions via separate correspondence to the Escrow Holder upon entry of this Order.

IT IS SO ORDERED.

Dated: __**July 3, 2013**__                    _____
UNITED STATES MAGISTRATE JUDGE