IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>    Plaintiff,<br>vs.<br><br>FARE LOGISTICS CORPORATION OF BRITISH COLUMBIA, CANADA,<br><br>    Defendant.<br>_____/ | CASE NO. 1: 12-cv-02080-BAM<br><br>**ORDER OF DISMISSAL** |

    On July 17, 2013, the Parties filed a Joint Stipulation of Dismissal. (Doc. 52.) Pursuant to the terms of the Parties' Stipulation, IT IS HEREBY ORDERED that this action is DISMISSED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.


**Dated:**   July 18, 2013            /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE